SANFORD SARNEY, Respondent, v. HAROLD G. OLENA et al., as Executors of FLORENCE E. AYRES, Deceased, Appellants.— In an action to recover the reasonable value of medical services, defendants appeal from an order granting plaintiff's motion for judgment on the pleadings and directing an assessment of damages. Order reversed on the law and the facts, with $10 costs and disbursements, and the motion denied, with $10 costs. Although the complaint was drawn as provided in section 255-a of the Civil Practice Act, defendants' answer was sufficient to raise triable issues with respect to plaintiff's employment and the value of his services. A trial of these issues may result in a determination that nothing is due plaintiff and in a judgment in favor of defendants. (Cf. *Closson* v. *Seaboard Sand & Gravel Corp.,* 238 App. Div. 584, and *Breitbart* v. *Weill, No. 2,* 255 App. Div. 801.) Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur.

MARY TEICHNER et al., Respondents, v. HELEN BIRNBAUM, Appellant.— In an action to recover damages for personal injuries sustained as a result of the alleged negligent operation of an automobile, and for expenses and loss of services, judgment in favor of the plaintiffs, entered on the verdict of a jury, unanimously affirmed, with costs. Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ.

CLARA ZITREEN, Respondent, v. HARRY ZITREEN, Appellant.— Appeal by defendant from an order which requires him to give security for the payment of alimony directed by a divorce decree, or in the alternative sequesters defendant's property and appoints plaintiff receiver thereof, and grants other relief. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur.